AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DENNIS MURRAY,

        Plaintiff,

        v.

WASHINGTON STATE DEPT. OF ECOLOGY, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-142-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against the Plaintiff on Plaintiff's First Amendment claims.

February 19, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson